UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>TORINO LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-02906-CRB<br><br>**ORDER TO SHOW CAUSE RE SANCTIONS** |

    Without explanation, Defendant Torino LLC failed to appear at the October 20, 2020 settlement conference in violation of the Court's Settlement Conference Order (dkt. 40).

    Torino LLC is hereby ORDERED to show cause why the Court should not sanction Torino LLC under Rule 16(f) of the Federal Rules of Civil Procedure. Torino LLC shall have seven days from the issuance of this order to file a response with the Court.

    **IT IS SO ORDERED.**

Dated: October 21, 2020

CHARLES R. BREYER
United States District Judge